MORRIS S. GREENBAUM, Respondent, *v.* BAYWOOD HOMES, INC., Appellant, et al., Defendants.

Argued May 19, 1949; decided June 2, 1949.

*Isadore Nathanson, Alexander Boskoff* and *George A. Roland* for appellant.

*Charles Wilson* and *Charles Snow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.